IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PHILLIP D. WILLIAMS,
ADC # 115975                                                        PETITIONER

v.                          No. 5:11-cv-28-DPM

ARTIS RAY HOBBS, Director,
Arkansas Department of Correction                    RESPONDENT

JUDGMENT

Williams's petition is dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

9 February 2012