IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION


PHILLIP D. WILLIAMS,
ADC # 115975                                                                PETITIONER

v.                          No. 5:11-cv-28-DPM

ARTIS RAY HOBBS, Director,
Arkansas Department of Correction                           RESPONDENT

## JUDGMENT

Williams's petition is dismissed with prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

9 February 2012