IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PHILLIP D. WILLIAMS,
ADC # 115975                                                    PETITIONER

v.                           No. 5:11-cv-28-DPM

ARTIS RAY HOBBS, Director,
Arkansas Department of Correction                               RESPONDENT

JUDGMENT

Williams's petition for writ of habeas corpus is dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

15 May 2014